Adams, Lawrence Edwin & Edna Mae 09-10203

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS    10115
60-249 / 433

TID #380020
DAVID V. ADLER
P.O. BOX 55129
METAIRIE LA 70055

| Case | Debtor |
|---|---|
| 09-10203 A | ADAMS, LAWRENCE EDWIN |
| 92000253926666 | ADAMS, EDNA MAE |
| UNCLAIMED FUNDS | |

Date   08/06/2010      $ *********281.53

~~~Two Hundred Eighty-One Dollars and 53/100

Pay to the Order of
CLERK, US BANKRUPTCY COURT
500 POYDRAS ST., ROOM B-601
NEW ORLEANS LA 70130-3386

*David V. Adler*
DAVID V. ADLER

3024931: 92000 253 92 6666

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227486   — KW
* * C O P Y * *
August 09, 2010
14:56:35

TREASURY REGFUND
09-10203

Debtor.: LAWRENCE EDWIN ADAMS
Trustee: David Adler
Amount.:          $281.53 CH
Check#.: 10115

Total-> $281.53

FROM: ADLER

8/9/10
DEPOSITED TO 6047BK
TREASURY

DUE TO City of New Orleans

cv.